IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IRINA PAUL AFONASIEV,

        Plaintiff,                                      Civil No. 08-CV-327-BR

MICHAEL J. ASTRUE,                                ORDER
Commissioner of Social Security,

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses are awarded. It is further ordered that the attorney fees shall be paid directly to Plaintiff's attorney.

DATED this ___ day of July, 2008.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Afonasiev

ORDER